

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Elizabeth A. McNamara**
212.603.6437 tel
212.489.8340 fax

lizmcnamara@dwt.com

March 26, 2025

**VIA ECF**
Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: *Walter Isaacson v. Guiseppe Pampena, individually and on behalf of all others similarly situated*, No. 1:25-mc-00126-AS – Letter-Motion to File Book Conventionally

Dear Judge Subramanian:

  We represent Petitioner Walter Isaacson ("Petitioner" or "Mr. Isaacson") in the above-referenced action. We write pursuant to the SDNY's Electronic Case Filing Rules and Instructions Rule 5.2, seeking leave to file conventionally by delivery to the Clerk of Court, a hardcopy book in support of Petitioner's Motion to Quash the Non-Party Subpoena.

  Specifically, Mr. Isaacson intends to attach as an exhibit a biography he authored, *Elon Musk* (the "Book") which is central to his motion. The Book cannot be electronically filed because the Court's CM/ECF system does not permit filings to be submitted in hardcopy. Given the nature of this exhibit and the CM/ECF procedures, counsel for Mr. Isaacson seeks leave to conventionally file the Book with the Clerk of Court.

  Thank you for your consideration.

DWT.COM

Respectfully submitted,

By: */s/ Elizabeth A. McNamara*
Elizabeth A. McNamara
Lindsey B. Cherner
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas 21st Floor
New York, NY  10020-1104
Phone: (212) 603-6437
Fax:     (212) 489-8340
Email:  lizmcnamara@dwt.com
            lindseycherner@dwt.com

*Attorneys for Petitioner Walter Isaacson*


cc:     Counsel for Respondents and Musk via Email Service.