UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER ISAACSON,<br><br>                          Petitioner,<br><br>         -against-<br><br> GUISEPPE PAMPENA, individually and on behalf of all others similarly situated,<br><br>                          Respondent. | 25-mc-126 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    For the reasons stated on the record at today's hearing, the motion to quash is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 1 and close this case.

    SO ORDERED.

Dated: March 28, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge